# United States District Court

RECEIVED
IN CLERK'S OFFICE
AUG 3 1 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA

v.

RONALD FUENTES

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 3:07-00005-10

USM Number: 18093-075

Isaiah S. Gant and Hugh Mundy
Defendant's Attorney

**THE DEFENDANT:**

__X__ pleaded guilty to count(s) __One (1) of Third Superseding Indictment__

_____ pleaded nolo contendere to count(s) _____
which was accepted by the court

_____ was found guilty on count(s) _____
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | Conspiracy to Conduct and Participate in the Activities of a Racketeering Enterprise | June 5, 2006 | One (1) |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has been found not guilty on count(s) _____

__X__ Count(s) __Two (2) and Fifteen (15) of Third Superseding Indictment as to Defendant Fuentes only__ are dismissed on the motion of the United States

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By /s/ [signature]
Deputy Clerk

September 25, 2008
Date of Imposition of Judgment

/s/ Todd Campbell
Signature of Judge

Todd J. Campbell, U.S. District Judge
Name and Title of Judge

September 25, 2008
Date

USMS 09/26/08 AM 9:47

DEFENDANT: RONALD FUENTES
CASE NUMBER: 3:07-00005-10

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Life

__X__ The court makes the following recommendations to the Bureau of Prisons:

1 Incarceration near Nashville, Tennessee, to be close to family if consistent with the Defendant's security classification.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ ____ a.m. ____ p.m. on _____

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _8-25-2009_ to _US Penitentiary_
at _Florence, CO_, with a certified copy of this judgment

_Blake R. Davis_
UNITED STATES MARSHAL

By _CSO Watson_
DEPUTY UNITED STATES MARSHAL