# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 9, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
JUN 13 2011
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re: Ronald Fuentes-Majano
v. United States
No. 10-10947
(Your No. 08-6189)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 3, 2011 and placed on the docket June 9, 2011 as No. 10-10947.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst